Fill in this information to identify your case:

United States Bankruptcy Court for the:

District of Nevada

Case number (*If known*): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | GEORGE D GROUP, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | ANGELINA'S PIZZERIA |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 61-1547321 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3815 FAIRMEADE RD | |
| Number      Street | Number      Street |
| | P.O. Box |
| PASADENA      CA    91107 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | 835 SEVEN HILLS DRIVE # 130 |
| County | Number      Street |
| | HENDERSON      NV    89052 |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

| Debtor | GEORGE D GROUP, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | GEORGE D GROUP, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor      GEORGE D GROUP, LLC                                         Case number (if known)_____
            Name

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2022
             MM / DD / YYYY

✖ /s/ JACOB TCHAMANIAN                          JACOB TCHAMANIAN
Signature of authorized representative of debtor   Printed name

Title  manager of member TBD Restaurants LLC

18. **Signature of attorney**

✖ /s/ David Riggi                          Date   08/25/2022
Signature of attorney for debtor                  MM / DD / YYYY

David Riggi
Printed name
Riggi Law
Firm name
5550 Painted Mirage Road Suite 320
Number      Street
Las Vegas                          NV        89149
City                               State     ZIP Code
702-463-7777                       riggilaw@gmail.com
Contact phone                      Email address

4727                               NV
Bar number                         State

**Fill in this information to identify the case:**

Debtor name ___GEORGE D GROUP, LLC___

United States Bankruptcy Court for the: ___District of Nevada___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SYSCO C/O WOLKIN LAW GRP 235 W GIACONDA WAY SUITE 217 Tucson, AZ, 85704 | | | | | | 235,000.00 |
| 2 | NV DEPT OF TAXATION BANKRUPTCY SECTION 555 E WASHINGTON AVE #13000 LAS VEGAS, NV, 89191-1046 | | Taxes & Other Government Units | | | | 200,000.00 |
| 3 | INTERAL REVENUE SERVICE POB 7346 PHILADELPHIA, PA, 19101-7346 | | Taxes & Other Government Units | | | | 100,000.00 |
| 4 | GRECO AND SONS OF NEVADA 7055 S DECATURE BLVD SUITE 110 Las Vegas, NV, 89118 | | Suppliers or Vendors | | | | 42,000.00 |
| 5 | MARKS GARAGE ONE, LLC C/O MDL 5960 S JONES BLVD Las Vegas, NV, 89118 | | | Disputed Unliquidated | | | 0.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    GEORGE D GROUP, LLC
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

## RESOLUTION AND DECLARATION OF THE MEMBER(S) OF
## GEORGE D GROUP, LLC

The undersigned, a MANAGING MEMBER of GEORGE D GROUP, LLC, a Nevada limited liability company  (the "Company"), hereby approves and adopts the following resolutions effective as of August 25, 2022:

RESOLVED that in the judgment of the member(s) of the Company, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that JACOB TCHARMANIAN (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11, subchapter V, of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the RIGGI LAW FIRM is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved;

IN WITNESS  WHEREOF, the undersigned,  on behalf of the member(s), by execution hereof, hereby approve this Resolution as of the date first above written and all statements herein are, and should be considered, declared under penalty of perjury that such statements are true and correct to the best recollection of the undersigned.

GEORGE D GROUP, LLC,
a Nevada corporation:

DATED: AUGUST 25, 2022

By:     *Isl Jacob Tcharmanian*
Jacob Tcharmanian,
as Managing Member of TBD Restaurants, LLC, sole member of the Company/
Responsible Person

8:37 AM
05/26/21
Cash Basis

## George D Group, LLC dba...Angelina's
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | 5,374,134.50 |
| Cost of Goods Sold | |
| 5000 · Costs of Goods Sold | 2,218,625.86 |
| Total COGS | 2,218,625.86 |
| **Gross Profit** | 3,155,508.64 |
| Expense | |
| Penalties and Late Fees | 27.00 |
| 6100 · Advertising & Promotions | 111,150.34 |
| 6110 · Automobile Expense | 13,069.99 |
| 6130 · Bank Service Charges | 5,267.29 |
| 6140 · Charitable Contributions | 2,300.00 |
| 6160 · Dues and Subscriptions | 2,323.86 |
| 6180 · Insurance | 35,637.06 |
| 6200 · Interest Expense | 26,863.40 |
| 6230 · Licenses and Permits | 6,230.59 |
| 6240 · Merchant Fees | 151,721.29 |
| 6245 · Miscellaneous | 0.30 |
| 6300 · Office Supplies & Expense | 1,097.71 |
| 6400 · Postage and Delivery | 87.24 |
| 6555 · PAYROLL EXPENSE | 1,573,663.66 |
| 6570 · Professional Fees | 24,700.00 |
| 6600 · Rent | 261,039.92 |
| 6610 · Repairs | 24,740.75 |
| 6645 · Security | 8,189.59 |
| 6650 · Taxes | 379,006.51 |
| 6660 · Telephone | 8,848.41 |
| 6700 · Travel & Ent | 1,340.65 |
| 6900 · Utilities | 69,224.30 |
| Total Expense | 2,706,529.86 |
| **Net Ordinary Income** | 448,978.78 |
| Other Income/Expense | -107,579.62 |
| **Net Income** | 341,399.16 |

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2020** |

For calendar year 2020 or tax year beginning _____ , 2020, ending _____ , 20 _____

| | | |
|---|---|---|
| **A** S election effective date 12/07/2007 | **Name** George D Group, LLC | **D** Employer identification number ⬛⬛⬛⬛⬛⬛⬛ |
| **B** Business activity code number (see instructions) 722511 | TYPE OR PRINT — Number, street, and room or suite no. If a P.O. box, see instructions. 3815 Fairmeade Rd | **E** Date incorporated 12/07/2007 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code Pasadena CA 91107 | **F** Total assets (see instructions) $ 199,695. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 5,374,134. | | |
| | **b** Returns and allowances | **1b** 159,900. | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 5,214,234. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 2,218,625. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 2,995,609. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instructions—attach statement) | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 ▶ | | **6** | 2,995,609. |
| **Deductions** (see instructions for limitations) | **7** Compensation of officers (see instructions—attach Form 1125-E) | | **7** | 0. |
| | **8** Salaries and wages (less employment credits) | | **8** | 1,358,426. |
| | **9** Repairs and maintenance | | **9** | 24,740. |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 261,039. |
| | **12** Taxes and licenses | | **12** | 600,473. |
| | **13** Interest (see instructions) | | **13** | 26,863. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** | | **15** | |
| | **16** Advertising | | **16** | 111,150. |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach statement)  See Statement | | **19** | 410,923. |
| | **20** **Total deductions.** Add lines 7 through 19 ▶ | | **20** | 2,793,614. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | 201,995. |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2020 estimated tax payments and 2019 overpayment credited to 2020 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Reserved for future use | **23d** | | |
| | **e** Add lines 23a through 23d | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26:  Credited to 2021 estimated tax ▶ _____  Refunded ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ▶ ⬛⬛⬛⬛⬛ | 05/27/2021 | ▶ Owner | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No |
|---|---|---|---|
| Signature of officer | Date | Title | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions. BAA    REV 05/19/21 TTBIZ    Form **1120-S** (2020)

Form 1120-S (2020)         Page **2**

## Schedule B    Other Information   (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual | | |
| |      **c** ☐ Other (specify) ▶ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity ▶ Retail sales / web sales   **b** Product or service ▶ 722511 | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | × |
| **4** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ▶ | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . | | × |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)**   Total shares of restricted stock . . . . . . . ▶ | | |
| | **(ii)**   Total shares of non-restricted stock . . . . . . . ▶ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | × |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)**   Total shares of stock outstanding at the end of the tax year . ▶ | | |
| | **(ii)**   Total shares of stock outstanding if all instruments were executed ▶ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . | | × |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . ▶ $ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . | | × |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . | | × |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . | | × |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

REV 05/19/21 TTBIZ        Form **1120-S** (2020)

Form 1120-S (2020)                                                        Page **3**

## Schedule B   Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | X |
| 14a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? . . . . . . | | X |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . ▶ $ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . **1** | 201,995. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . **2** | |
| | 3a | Other gross rental income (loss) . . . . . . . **3a** | |
| | b | Expenses from other rental activities (attach statement) . **3b** | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . **3c** | |
| | 4 | Interest income . . . . . . . . . . . . . . **4** | |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . **5a** | |
| | | **b** Qualified dividends . . . . . **5b** | |
| | 6 | Royalties . . . . . . . . . . . . . . . **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . **8a** | |
| | b | Collectibles (28%) gain (loss) . . . . . . . **8b** | |
| | c | Unrecaptured section 1250 gain (attach statement) . . **8c** | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . **9** | |
| | 10 | Other income (loss) (see instructions) . . . . Type ▶ **10** | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . **11** | |
| | 12a | Charitable contributions . . . . Noncash contributions (50%) . . . **12a** | 2,300. |
| | b | Investment interest expense . . . . . . . . . . **12b** | |
| | c | Section 59(e)(2) expenditures . . . . . . . Type ▶ **12c** | |
| | d | Other deductions (see instructions) . . . . . Type ▶ **12d** | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . **13a** | |
| | b | Low-income housing credit (other) . . . . . . . . **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) **13c** | |
| | d | Other rental real estate credits (see instructions)   Type ▶ **13d** | |
| | e | Other rental credits (see instructions) . . . . . Type ▶ **13e** | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . **13f** | |
| | g | Other credits (see instructions) . . . . . . . Type ▶ **13g** | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | |
| | b | Gross income from all sources . . . . . . . . . . **14b** | |
| | c | Gross income sourced at shareholder level . . . . . . **14c** | |
| | | Foreign gross income sourced at corporate level | |
| | d | Reserved for future use . . . . . . . . . . . **14d** | |
| | e | Foreign branch category . . . . . . . . . . **14e** | |
| | f | Passive category . . . . . . . . . . . . **14f** | |
| | g | General category . . . . . . . . . . . . **14g** | |
| | h | Other (attach statement) . . . . . . . . . . **14h** | |
| | | Deductions allocated and apportioned at shareholder level | |
| | i | Interest expense . . . . . . . . . . . . **14i** | |
| | j | Other . . . . . . . . . . . . . . . **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | |
| | k | Reserved for future use . . . . . . . . . . . **14k** | |
| | l | Foreign branch category . . . . . . . . . . **14l** | |
| | m | Passive category . . . . . . . . . . . . **14m** | |
| | n | General category . . . . . . . . . . . . **14n** | |
| | o | Other (attach statement) . . . . . . . . . . **14o** | |
| | | Other information | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued . . . . . ▶ **14p** | |
| | q | Reduction in taxes available for credit (attach statement) . . . . **14q** | |
| | r | Other foreign tax information (attach statement) | |

REV 05/19/21 TTBIZ                                             Form **1120-S** (2020)

Form 1120-S (2020)               Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties—gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties—deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | |
| | **d** Distributions (attach statement if required) (see instructions) | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| **Reconciliation** | **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | **18** | 199,695. |

## Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash | | 220,155. | | 23,803. |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( ) | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | 219,653. | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) | | | | |
| **7** | Loans to shareholders | | 37,250. | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 276,158. | | 276,158. | |
| **b** | Less accumulated depreciation | ( 146,616. ) | 129,542. | ( 146,616. ) | 129,542. |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | 49,999. | | 49,999. | |
| **b** | Less accumulated amortization | ( 3,649. ) | 46,350. | ( 3,649. ) | 46,350. |
| **14** | Other assets (attach statement) | | 5,605. | | |
| **15** | Total assets | | 658,555. | | 199,695. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) | | 120,171. | | |
| **19** | Loans from shareholders | | 166,876. | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 381,685. | | |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | 1,000. | | |
| **23** | Additional paid-in capital | | | | 11,177. |
| **24** | Retained earnings | | -11,177. | | 188,518. |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | 658,555. | | 199,695. |

REV 05/19/21 TTBIZ           Form **1120-S** (2020)

Form 1120-S (2020)                                                                                                    Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . | 199,695. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | | a | Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ | | a | Depreciation $ _____ | |
| b | Travel and entertainment $ _____ | | 7 | Add lines 5 and 6 . . . . . . . | |
| | | | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 . . . . . | 199,695. | | Subtract line 7 from line 4 . . . . | 199,695. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | | | | |
| 2 | Ordinary income from page 1, line 21 . . . | 201,995. | | | |
| 3 | Other additions . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21 . . . . . . | ( ) | | | |
| 5 | Other reductions Charitable contributions . | ( 2,300. ) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . | 199,695. | | | |
| 7 | Distributions . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . | 199,695. | | | |

REV 05/19/21 TTBIZ                                                                          Form **1120-S** (2020)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
► Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| George D Group, LLC | ~~XX~~154~~XXXX~~ |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . | **1** | |
| 2 | Purchases . . . . . . . . . . . . . . . | **2** | 2,218,625 |
| 3 | Cost of labor . . . . . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . | **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . | **5** | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . | **6** | 2,218,625 |
| 7 | Inventory at end of year . . . . . . . . . . . | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . | **8** | 2,218,625 |

9a  Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation.) ►  - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  b  Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . ► ☐

  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ► ☐

  d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . | **9d** |

  e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . ☐ Yes  ☐ No

  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

**What's New**

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

**Purpose of Form**

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

**Who Must File**

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

**Inventories**

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

*Small business taxpayer.* A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

For Paperwork Reduction Act Notice, see instructions. BAA

REV 05/19/21 TTBIZ  Form **1125-A** (Rev. 11-2018)

671120

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning ___ / ___ / 2020    ending ___ / ___ / ___

**Shareholder's Share of Income, Deductions, Credits, etc.**    ▶ See separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

| # | Item | | # | Item |
|---|------|---|---|------|
| 1 | Ordinary business income (loss) 201,995. | | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions C 2,300. | | | |
| | | | 17 | Other information V * STMT |

**Part I   Information About the Corporation**

**A** Corporation's employer identification number
~~XX-XXXXXXX~~

**B** Corporation's name, address, city, state, and ZIP code
George D Group, LLC

3815 Fairmeade Rd
Pasadena CA 91107

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

**Part II   Information About the Shareholder**

**D** Shareholder's identifying number
~~XXX-XX-XXXX~~

**E** Shareholder's name, address, city, state, and ZIP code
~~George D Ghamanian~~
~~3815 Fairmeade Rd~~
~~Pasadena CA 91107~~

**F** Current year allocation percentage . . .   100.00000 %

**G** Shareholder's number of shares
Beginning of tax year . . . . . .   100
End of tax year . . . . . .   100

**H** Loans from shareholder
Beginning of tax year . . . . . $   166,876.
End of tax year . . . . . $   _____

For IRS Use Only

| 18 | ☐ More than one activity for at-risk purposes* |
| 19 | ☐ More than one activity for passive activity purposes* |

\* See attached statement for additional information.

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: George D Group, LLC | | Corporation's EIN: ~~64154732~~ | |
|---|---|---|---|
| Shareholder's name: ~~Silva Chamanian~~ | | Shareholder's identifying no: ~~553192729~~ | |
| | 1120S, Line 21 | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | 201,995. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . | 1,358,426. | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends . . . . . . . | | | |

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |
| | | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends . . . . . | | | |

REV 05/19/21 TTBIZ

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

Name
George D Group, LLC

Employer identification number
XX-XXXXXXX

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Silva Chanatan | XXX-XX-XXXX | 75% | 100% | 0% | 0. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . | **2** | 0. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . | **4** | 0. |

For Paperwork Reduction Act Notice, see separate instructions. BAA

REV 05/19/21 TTBIZ  Form **1125-E** (Rev. 10-2016)

Form **8453-S**

### U.S. S Corporation Income Tax Declaration for an IRS e-file Return

▶ File electronically with the corporation's tax return. (Don't file paper copies.)
▶ Go to *www.irs.gov/Form8453S* for the latest information.

OMB No. 1545-0123

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning                , 2020, and ending                , 20

Name of corporation

George D Group, LLC

Employer identification number

~~XX-XXXX732~~

| **Part I** | **Tax Return Information** (whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) . . . . . . . | 1 | 5,214,234. |
| 2 | Gross profit (Form 1120-S, line 3) . . . . . . . . . . | 2 | 2,995,609. |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) . . . . . | 3 | 201,995. |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) . . . | 4 | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) . . . . . . . . . . | 5 | 199,695. |

| **Part II** | **Declaration of Officer** (see instructions) **Be sure to keep a copy of the corporation's tax return.** |
|---|---|

**6a** ☐ I consent that the corporation's refund be directly deposited as designated on the **Form 8050,** Direct Deposit of Corporate Tax Refund, that will be electronically transmitted with the corporation's 2020 federal income tax return.

**b** ☒ I do not want direct deposit of the corporation's refund **or** the corporation is not receiving a refund.

**c** ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If the corporation is filing a balance due return, I understand that if the IRS doesn't receive full and timely payment of its tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare that I'm an officer of the above corporation and that the information I've given my electronic return originator (ERO), transmitter, and/or intermediate service provider (ISP) and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's 2020 federal income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. I consent to my ERO, transmitter, and/or ISP sending the corporation's return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO, transmitter, and/or ISP an acknowledgement of receipt of transmission and an indication of whether or not the corporation's return is accepted and, if rejected, the reason(s) for the rejection. If the processing of the corporation's return or refund is delayed, I authorize the IRS to disclose to my ERO, transmitter, and/or ISP the reason(s) for the delay, or when the refund was sent.

**Sign Here** ▶

Signature of officer

Date: 05/27/21

Title: Owner

| **Part III** | **Declaration of Electronic Return Originator (ERO) and Paid Preparer** (see instructions) |
|---|---|

I declare that I've reviewed the above corporation's return and that the entries on Form 8453-S are complete and correct to the best of my knowledge. If I'm only a collector, I'm not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The corporate officer will have signed this form before I submit the return. I'll give the officer a copy of all forms and information to be filed with the IRS, and I've followed all other requirements in **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns. If I'm also the Paid Preparer, under penalties of perjury I declare that I've examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I've any knowledge.

| **ERO's Use Only** | ERO's signature ▶ | | Date | | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | | | EIN | |
| | | | | | | Phone no. | |

Under penalties of perjury, I declare that I've examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I've any knowledge.

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|---|---|
| | Firm's name ▶ | | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

BAA

REV 05/19/21 TTBIZ

Form **8453-S** (2020)

| Form 1120S | **S Corporation**<br>**Five Year Tax History**<br>▶ Keep for your records | 2020 |

Name
George D Group, LLC

Employer Identification Number
XX-XXXXXXX

| | | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| 1 | Gross receipts . . . | | | | | 5,214,234. |
| 2 | Cost of sales . . . . | | | | | 2,218,625. |
| 3 | Gross profit. . . . . | | | | | 2,995,609. |
| 4 | Net 4797 gain (loss) | | | | | |
| 5 | Other income (loss) | | | | | |
| 6 | Total income (loss) | | | | | 2,995,609. |
| 7 | Salaries. . . . . . . | | | | | 1,358,426. |
| 8 | Depreciation . . . . | | | | | |
| 9 | Other deductions . | | | | | 1,435,188. |
| 10 | Total deductions | | | | | -2,793,614. |
| 11 | Business income . | | | | | 201,995. |
| 12 | Passive investment income . . . . . . . | | | | | |
| 13 | Passive investment expense . . . . . . | | | | | |
| 14 | Net passive investment income | | | | | |
| 15 | Excess net passive income tax. . . . . | | | | | |
| 16 | Tax from Schedule D . . . . | | | | | |
| 17 | Additional taxes . . | | | | | |
| 18 | Tax liability . . . . . | | | | | |
| 19 | Tax return preparation fee. . . | | | | | |

SPSW2301.SCR  08/24/20

**Form 1120S**  **199A Statement A Summary**  **2020**

QuickZoom to Other Copy _____  Page 1

| Corporation's Name: George D Group, LLC | Corporation's EIN: ▓▓▓▓▓▓▓▓ |
| --- | --- |

| | 1120S, Line 21 ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
| --- | --- | --- | --- |

**Shareholder's share of:**
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
| --- | --- | --- | --- |
| Ordinary business inc (loss) . | 201,995. | | |
| Rental income (loss) . . . . . | | | |
| Royalty income (loss) . . . . . | | | |
| Section 1231 gain (loss) . . . | | | |
| Other income (loss) . . . . . . | | | |
| Section 179 deduction . . . . | | | |
| Other deductions . . . . . . . | | | |
| W-2 wages . . . . . . . . . . | 1,358,426. | | |
| UBIA of qualified property . . . | | | |
| Section 199A dividends . . . . | | | |

Corporation's Name: _____    Corporation's EIN: _____

|  | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|

Shareholder's share of:

QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . | ___ _____ | _____ | _____ |
| Rental income (loss) . . . . . | ___ _____ | _____ | _____ |
| Royalty income (loss) . . . . . | ___ _____ | _____ | _____ |
| Section 1231 gain (loss) . . . | ___ _____ | _____ | _____ |
| Other income (loss) . . . . . . | ___ _____ | _____ | _____ |
| Section 179 deduction . . . . | ___ _____ | _____ | _____ |
| Other deductions . . . . . . . | ___ _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . | ___ _____ | _____ | _____ |
| UBIA of qualified property . . . | ___ _____ | _____ | _____ |
| Section 199A dividends . . . . | ___ _____ | | |

spsw9907.SCR   12/14/19

## Schedule M-2 / Retained Earnings Worksheet          2020

► Keep for your records

| Name as Shown on Return | Employer Identification No. |
|---|---|
| George D Group, LLC | 61-1547323 |

### Analysis of Retained Earnings Accounts

| Description | Accumulated adjustments account | Other adjustments account | Shareholders' undistributed taxable income | Accumulated tax/book timing differences | Retained earnings while a C Corporation | Total |
|---|---|---|---|---|---|---|
| Balance at beginning of year . | | | | | | |
| **Ordinary income (loss)** . . . | 201995 | | | | | |
| Schedule K additions (Income/Gains): | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Schedule K reductions (Losses/Deductions): | | | | | | |
| Charitable contributions | -2300 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Income — *Tax exempt* . . . . . | | | | | | |
| Deductions — *Exempt related* . | | | | | | |
| Schedule M-1 additions: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Schedule M-1 reductions: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Net adjustment for year . . . . | 199695 | | | | | |
| Net income(loss) per books . . | | | | | | 199695 |
| Subtotal . . . . . . . . . . . . | 199695 | | | | | 199695 |
| AAA without net negative adj. . . . | 199695 | | | | | |
| Distributions . . . . . . . . . | | | | | | |
| Dividends . . . . . . . . . . | | | | | | |
| Balance at end of tax year . . . | 199695 | | | | | 199695 |

SPSW5001.SCR  04/02/21

## 199A Worksheet by Activity

**2020**

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| George D Group, LLC | 61-1547321 |

QuickZoom to 199A Summary . . . . ► _____

Aggregation Code: _____

Trade or Business: 1120S, Line 21
EIN: 61-1547321

Is this activity a qualified trade/business? . . . . . . . . [X] Yes [ ] No
Specified Service Trade or Business? . . . . . . . . . [ ] Yes [X] No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | | |
|---|---|---|---|---|
| **1 a** Ordinary business income (loss) . . . . . . . . . . . . . . **1 a** | 201,995. | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . **b** | | | | |
| **c** Adjusted ordinary business income (loss) . . . . . . . . . . . . | | **1 c** | 201,995. | |
| **2 a** Rental income (loss) . . . . . . . . . . . . . . **2 a** | | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . **b** | | | | |
| **c** Adjusted rental income (loss) . . . . . . . . . . . . . . . . | | **2 c** | | |
| **3 a** Royalty income (loss) . . . . . . . . . . . . . . **3 a** | | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . **b** | | | | |
| **c** Adjusted royalty income (loss) . . . . . . . . . . . . . . . | | **3 c** | | |
| **4 a** Section 1231 gain (loss) . . . . . . . . . . . . . . **4 a** | | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . **b** | | | | |
| **c** Adjusted section 1231 gain (loss). . . . . . . . . . . . . . . | | **4 c** | | |
| **5** Other income (loss) . . . . . . . . . . . . . . . . . . . . | | **5** | | |
| **6 a** Section 179 deduction . . . . . . . . . . . . . . **6 a** | | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . **b** | | | | |
| **c** Adjusted section 179 deduction. . . . . . . . . . . . . . . . | | **6 c** | | |
| **7** Other deductions . . . . . . . . . . . . . . . . . . . . . . | | **7** | | |
| **8 a** W-2 wages . . . . . . . . . . . . . . . . . **8 a** | 1,358,426. | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . **b** | | | | |
| **c** Adjusted W-2 Wages . . . . . . . . . . . . . . . . . . . . | | **8 c** | 1,358,426. | |
| **9 a** UBIA of qualified property . . . . . . . . . . . . . **9 a** | | | | |
| **b** Adjustments . . . . . . . . . . . . . . . . . . . . . . **b** | | | | |
| **c** Adjusted UBIA of qualified property . . . . . . . . . . . . . . | | **9 c** | | |

**Section 179 Carryover Detail for this Activity**

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Tentative Section 179 deduction from current year assets . . . . . | | |
| **Part I: Prior Year Carryovers by Year and Category** | | |
| **A** Before 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 . | 0 . |
| **B** 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **C** 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **Total prior year carryovers to this year** . . . . . . . . . . . . | | |

| **Part II: 179 Deduction Allowed by Year and Category** | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **Total 179 deduction allowed for this activity in current year** . . . . | | |
| **A** Amount allowed from 2020 . . . . . . . . . . . . . . . . . . | | |
| **B** Amount allowed from before 2018 . . . . . . . . . . . . . . . . . . | | |
| **C** Amount allowed from 2018 . . . . . . . . . . . . . . . . . . | | |
| **D** Amount allowed from 2019 . . . . . . . . . . . . . . . . . . | | |

| **Part III: Total Carryforward to 2021 by Year and Category** | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **A** Carryforward from 2020 . . . . . . . . . . . . . . . . . . . . . | | |
| **B** Carryforward from before 2018 . . . . . . . . . . . . . . . . . . . | 0 . | |
| **C** Carryforward from 2018 . . . . . . . . . . . . . . . . . . . . | | |
| **D** Carryforward from 2019 . . . . . . . . . . . . . . . . . . . . | | |
| **Total carryforward to next year** . . . . . . . . . . . . . . . . . | 0 . | |

spsw9906.SCR  11/09/20

**Form 1120S**
**Schedule L**

## Accumulated Depreciation, Amortization and Depletion Worksheet
► Keep for your records

**2020**

| Name as Shown on Return | Identification Number |
|---|---|
| George D Group, LLC | ~~01-3156721~~ |

### Book Accumulated Depreciation, Amortization and Depletion

|  | Depreciation |
|---|---|
| Beginning balance (From Schedule L, column a, line 10b) . . . . . . . . . . . . . . . . . . . . . | 146,616. |
| Current book expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less accumulated - assets sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| Less accumulated - assets retired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Ending balance (To Schedule L, column c, line 10b) . . . . . . . . . . . . . . . . . . . . . . | 146,616. |
| Check to enter on Balance Sheet . . . . ► [ X ] Yes [ ] No | |

|  | Amortization |
|---|---|
| Beginning balance (From Schedule L, column a, line 13b) . . . . . . . . . . . . . . . . . . . . | 3,649. |
| Current book expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less accumulated - assets sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| Less accumulated - assets retired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Ending balance (To Schedule L, column c, line 13b) . . . . . . . . . . . . . . . . . . . . . . | 3,649. |
| Check to enter on Balance Sheet . . . . ► [ X ] Yes [ ] No | |

|  | Depletion |
|---|---|
| Beginning balance (From Schedule L, column a, line 11b) . . . . . . . . . . . . . . . . . . . . | |
| Current book expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less accumulated - assets sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less accumulated - assets retired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Ending balance (To Schedule L, column c, line 11b) . . . . . . . . . . . . . . . . . . . . . . | |
| Check to enter on Balance Sheet . . . . . ► [ X ] Yes [ ] No | |

## Total Depreciation, Amortization, and Land Worksheet

|  | Depreciation |
|---|---|
| Beginning balance building/other assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 276,158. |
| Less assets sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less assets retired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Plus new assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Adjustments to ending buildings and other depreciable assets . . . . . . . . . . . . . . . . | |
| Ending balance building/other assets (To Schedule L, column c, line 10a) . . . . . . . . . | 276,158. |
| Check to enter on Balance Sheet . . . . ► [ X ] Yes [ ] No | |

|  | Land |
|---|---|
| Beginning balance land assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less land assets sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less land assets retired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Plus new land assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Adjustments to ending land assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Ending balance (To Schedule L, column d, line 12) . . . . . . . . . . . . . . . . . . . . . . | |
| Check to enter on Balance Sheet . . . . . ► [ X ] Yes [ ] No | |

|  | Amortization |
|---|---|
| Beginning balance intangible assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 49,999. |
| Less amortized assets sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Less amortized assets retired . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Plus new amortized assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Adjustments to amortized assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Ending balance (To Schedule L, column c, line 13a) . . . . . . . . . . . . . . . . . . . . . . | 49,999. |
| Check to enter on Balance Sheet . . . . ► [ X ] Yes [ ] No | |

spsw9301.SCR  08/25/20

## 2020 Federal Forms to Print and Mail
**Important: Your taxes are not finished until all required steps are completed.**



George D Group, LLC
3815 Fairmeade Rd
Pasadena, CA 91107

| | |
|---|---|
| **Balance Due/ Refund** | No payment is required with your Federal tax return (2020 Form 1120S, U.S. S Corporation Income Tax Return). |
| **2020 Federal Tax Return Summary** | No Refund or Amount Due          $          0.00 |
| **Forms Included** | |

**Page 1 of 1**

George D Group, LLC                                             61-1547321                    1

## Additional information from your 2020 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**                                      **Continuation Statement**

| Description | Amount |
|---|---:|
| Bank charges | 5,267. |
| Dues and subscriptions | 2,324. |
| Insurance | 35,637. |
| Legal and professional | 24,700. |
| Meals (100%) | 1,876. |
| Office expense | 1,091. |
| Security | 8,189. |
| Telephone | 8,848. |
| Travel | 1,340. |
| Utilities | 69,224. |
| Merchant fees | 151,721. |
| Postage | 87. |
| Auto | 13,069. |
| Outsida labor | 87,550. |
| **Total** | 410,923. |